FLORENCE FILIPPI, Appellant, v. ANTONIO FILIPPI, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

FRANK O'DONNELL, Respondent, v. MORRIS JOSEPH et al., Appellants. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

FRANK O'DONNELL, Respondent, v. MORRIS JOSEPH et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

PHILIP A. FREAR, Respondent, v. RICHARD E. SQUIRES, Appellant, Impleaded with Others, Defendants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ANNA TUBRIDY, as Executrix of JAMES TUBRIDY, Deceased, Respondent. v. BENZIGER BROTHERS, INC., Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JAMES VOLPI, Appellant, v. WATERMAN STEAMSHIP CORPORATION, Respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

KATHERINE MILLER, Respondent, v. ALBERT CHAPERAU, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

D. RODITI & SONS, INC., Respondent, v. CONTINENTAL MOTORS CORPORATION, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

SAMUEL SCHWARTZ, Respondent, v. SHELDON CLARK et al., Defendants, and CONSOLIDATED OIL CORPORATION et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon and Dore, JJ.; Dore, J., dissents and votes to reverse and grant the motion.

MANUFACTURERS TRUST COMPANY, as Trustee, Appellant and Respondent, v. SUSSMAN VOLK CO., INC., Respondent and Appellant.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JULIA M. FURCHGOTT v. HENRY HOTTINGER et al.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

BERKSHIRE LIFE INSURANCE COMPANY v. IRVING WEINIG et al.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of SIMON LITTWIN against PAUL MOSS, as Commissioner of Licenses of the City of New York.—